UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21465-UNGARO/O'SULLIVAN

THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE
COMPANY,

    Plaintiff,

vs.

MENADA, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court following an informal discovery conference held before the undersigned on January 16, 2018. Having heard from the parties, for the reasons stated on the record, and in accordance with the rulings from the bench, it is

ORDERED AND ADJUDGED that the defendant's request for better responses to discovery is DENIED. The matter was not brought to the Court's attention in a timely manner. Local Rule 26.1(g)(1) of the Local Rules for the Southern District of Florida provides:

> **g) Discovery Motions.**
>
> (1) *Time for Filing.* All disputes related to discovery shall be presented to the Court by motion (or, if the Court has established a different practice for presenting discovery disputes, by other Court-approved method) within (30) days from the: (a) original due date (or later date if extended by the Court or the parties) of the response or objection to the discovery request that is the subject of the dispute; (b) date of the deposition in which the dispute arose; or (c) date on

> which a party first learned of or should have learned of a
> purported deficiency concerning the production of discovery
> materials. Failure to present the dispute to the Court within
> that timeframe, absent a showing of good cause for the
> delay, may constitute a waiver of the relief sought at the
> Court's discretion. The thirty (30) day period set forth in this
> rule may be extended once for up to seven (7) additional days
> by an unfiled, written stipulation between the parties,
> provided that the stipulation does not conflict with a Court
> order.

Local Rule 26.1(g)(1). The dispute was not brought to the attention of the Court within the required 30 days and the defendant has failed to show good cause for the delay.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of January, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record